JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MERCURY AIR GROUP, INC., a Delaware corporation; MERCURY AIR CARGO, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KRONOS INCORPORATED WHICH WILL DO BUSINESS IN CALIFORNIA AS KRONOS DATA SYSTEMS INCORPORATED, a Massachusetts corporation; and DOES 1 through 10, inclusive,<br><br>Defendant. | CASE NO. 2:18-CV-04139-ab-sk<br><br>**[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANT KRONOS INCORPORATED DBA KRONOS DATA SYSTEMS INCORPORATED**<br><br>Hon. André Birotte, Jr, |

4827-3156-3946.3

JUDGMENT IN FAVOR OF DEFENDANT

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

This Court, having on October 16, 2019, granted Summary Judgment in favor of Defendant KRONOS INCORPORATED dba KRONOS DATA SYSTEMS INCORPORATED ("Defendant"):

IT IS HEREBY ORDERED that:

1. Judgment is entered in favor of Defendant and against Plaintiffs MERCURY AIR GROUP and MERCURY AIR CARGO, INC. ("Plaintiffs") on all claims, causes of action, and damages alleged in this lawsuit.
2. Plaintiffs' entire action is dismissed with prejudice as to Defendant on the merits.
3. Plaintiffs shall recover nothing against Defendant.
4. Defendant shall recover costs of suit from Plaintiffs.

DATED: November 05, 2019

Hon. André Birotte, Jr,
United States District Court Judge